IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| NASRULLA KHAN, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 1:17-cv-00038 <br><br> District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Wells on May 30, 2017, recommends that "Plaintiff's Complaint be dismissed."[2]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. Plaintiff filed an objection (Objection) to the Report and Recommendation.[3]

Having reviewed de novo all relevant materials,[4] the magistrate's Report and Recommendation is correct and will be adopted. The plaintiff's Objection and the proposed amended complaint he attaches to the Objection[5] fail to remedy the deficiencies identified in the Report and Recommendation. The changes in the proposed amended complaint are superficial and the proposed amended complaint still fails to state a claim for relief. Therefore,

---

[1] Docket no. 5, filed May 30, 2017.

[2] *Id.* at 4.

[3] Plaintiff's Objection to the Court's Report and Recommendation (Objection), docket no. 6, filed June 13, 2017.

[4] *See* 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)(3).

[5] First Amended Civil Claims Complaint, docket no. 6-1, filed June 13, 2017.

IT IS HEREBY ORDERED that the Report and Recommendation[6] is ADOPTED.

Plaintiff's complaint is DISMISSED WITH PREJUDICE.

The Clerk shall close the case.

Signed August 4, 2017.

                                          BY THE COURT

                                          District Judge David Nuffer

---

[6] Docket no. 5, filed May 30, 2017.